UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

                        Plaintiff,

              -against-

MJR CUSTOM SHOP, LLC

                        Defendant.
-------------------------------------------------------x

Case No.: 1:23-cv-06872-ARR-PK

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
         January 29, 2024

Respectfully Submitted,

/s/ *Noor A. Saab, Esq.*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
**The Law Office of Noor A. Saab, Esq.**
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J.
1/30/2024

1